**Electronically Filed**
**Supreme Court**
**SCWC-15-0000632**
**29-NOV-2018**
**02:47 PM**

SCWC-15-0000632

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF THE
TRUST AGREEMENT DATED JUNE 6, 1974, AS AMENDED

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000409; CAAP-15-0000414,
CAAP-15-0000576, CAAP-15-0000598, CAAP-15-0000632;
TRUST NOS. 14-1-0019 and 14-1-0097)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Pollack, and Wilson, JJ.,
Circuit Judge Kim in place of Recktenwald, C.J., recused, and
Circuit Judge Toʻotoʻo, in place of McKenna, J., recused)

Petitioners/Interested Parties-Appellants Michael David
Bruser and Lynn Bruser's application for writ of certiorari,
filed on October 2, 2018, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be
heard in this case. Any party may, within ten days and pursuant
to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move
for retention of oral argument.

DATED: Honolulu, Hawaiʻi, November 29, 2018.

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Glenn J. Kim

/s/ Faʻauuga L. Toʻotoʻo

